UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY GHENT,

       Plaintiff,            Case No.

v.

TRUCKER'S USA ENTERPRISES,
INC.,

       Defendant.
_____/

## **DEFENDANT'S PETITION FOR REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION.

**COMES NOW**, Defendant, TRUCKER'S USA ENTERPRISES, INC. ("Trucker's" or "Defendant"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and hereby petitions this Court to assume jurisdiction over Case No. 19001060CAA, filed in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida. In support thereof, Defendant states as follows:

1.    On November 14, 2019, Plaintiff served on Defendant a Complaint alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* ("FLSA").

2. Plaintiff's Complaint alleges violations of federal law and, accordingly, this Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. § 1331.

3. Defendant attaches to this Petition a copy of the pleadings and process served on it in Case No. 19001060CAA, as well as all State Court filings, in accordance with Local Rule 7.2(a).

4. Pursuant to 28 U.S.C. § 1446(d) and the Local Rules of this Court, a true and complete copy of this Petition for Removal has been submitted for filing with the Clerk of the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida.

5. Defendant will file its responsive pleading to Plaintiff's Complaint within seven (7) days from filing of the Notice of Removal. *See* Fed. R. Civ. P. 81(c)(2)(C).

WHEREFORE, Defendant prays that this petition be deemed good and sufficient, and that this cause be removed from the Second Judicial Circuit, in and for Gadsden County, Florida, to this United States District Court for the Northern District of Florida, Tallahassee Division, enjoining prosecution by Plaintiff in state court proceedings, and further directing that the state action shall proceed no further unless and until further order of remand is forthcoming from this Court.

Respectfully submitted December 13, 2019.

/s/ Jeff Champ
**Robert E. Larkin, III**
Florida Bar No. 0160814
rlarkin@anblaw.com
**Jeff Champ**
Florida Bar No. 1003419
jchamp@anblaw.com
**Allen, Norton & Blue, P.A.**
906 North Monroe Street
Tallahassee, Florida 32303
Tel: (850) 561-3503
Fax: (850) 561-0332

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of December 2019, the foregoing was electronically filed via the Court's e-filing system, which will automatically send an electronic copy to all counsel of record.

/s/ Jeff Champ
Attorney