UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY GHENT,

    Plaintiffs,                    CASE NO: 4:19-CV-00599-MW-CAS

v.

TRUCKER'S USA ENTERPRISES, INC.,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF RESOLUTION

Plaintiff hereby notifies the Court, pursuant to N. D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between all parties, with each side to bear their own fees and costs. Plaintiff requests that the Court dismiss this matter

                            Respectfully submitted,

                            /s/ Jim Garrity
                            Jim Garrity [FBN 0539211]
                            MARIE A. MATTOX, P.A.
                            310 East Bradford Road
                            Tallahassee, Florida 32303
                            Primary Email:  jim@mattoxlaw.com
                            (850) 383-4800 (telephone)
                            (850) 383-4801 (facsimile)

                            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF service only to all counsel of record this 9th day of July 2020.

/s/ Jim Garrity
Jim Garrity