## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JEFFREY GHENT

    VS                                     CASE NO.  4:19-cv-599-MW-MAF

TRUCKER'S USA ENTERPRISES INC

### JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

 July 10, 2020                       s/ Chip Epperson
DATE                                     Deputy Clerk: Chip Epperson